**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHAMAREE SILLER, | ] | |
| Plaintiff, | ] | Court No.: |
| | ] | |
| vs. | ] | Judge |
| | ] | |
| OFFICER JAMES BANSLEY, STAR NO. 10927, individually; OFFICER MATTHEW O'BRIEN, STAR NO. 10634, individually; and CITY OF CHICAGO; | ] ] ] ] | Magistrate Judge |
| Defendants | ] | Jury Demand |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SHAMAREE SILLER, by and through one of his attorneys, David S. Lipschultz, of GOLDBERG WEISMAN CAIRO, and in complaining against the Defendants, OFFICER JAMES BANSLEY, STAR NO. 10927, individually; OFFICER MATTHEW O'BRIEN, STAR NO. 10634, individually, and CITY OF CHICAGO, states as follows:

### JURISDICTION AND VENUE

1. This action is brought pursuant to the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. §1983 and §1988), and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff, accomplished by acts and/or omissions of the Defendants committed under color of law.

2. This Court has jurisdiction under and by virtue of 28 U.S.C. §1343, §1331 and §1367.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391, as the acts complained of took place in this judicial district.

## PARTIES

4. At all times herein mentioned, the Plaintiff, Sharmaree Siller (hereinafter "Mr. Siller"), was and is a United States citizen and a resident of the State of Illinois.

5. At all relevant times referenced herein, OFFICER JAMES BANSLEY, STAR NO. 10927 (hereinafter "Officer Bansley"), was employed by the City of Chicago as a sworn police officer. He is sued in his individual capacity. At all times in this Complaint, Officer Bansley was acting within the scope of his employment and under color of law.

6. At all relevant times referenced herein, OFFICER MATTHEW O'BRIEN, STAR NO. 10634 (hereinafter "Officer O'Brien"), was employed by the City of Chicago as a sworn police officer. He is sued in his individual capacity. At all times in this Complaint, Officer O'Brien was acting within the scope of his employment and under color of law.

7. At all times relevant herein, the Defendant, City of Chicago, was and is a municipal corporation duly incorporated under the laws of the State of Illinois, and is the employer and principal of Defendants, Officers Bansley and O'Brien (hereinafter "Defendant Officers").

## FACTS COMMON TO ALL COUNTS

8. On or about August 2, 2014, at approximately 11:30 p.m., Mr. Siller and two other individuals arrived at 11542 S. Normal Avenue, an apartment building in the City of Chicago.

9. At the entrance to this building, Officer Bansley and Officer O'Brien arrested Mr. Siller for no cause.

10. Officer Bansley and Officer O'Brien searched the apartment building without a search warrant or legal right to do so.

11. Mr. Siller spent approximately three weeks in jail.

12. Mr. Siller was placed on house arrest for an additional six months.

## COUNT I
## 42 U.S.C. § 1983 FALSE ARREST
## AGAINST OFFICERS BANSLEY AND O'BRIEN

13. The Plaintiff, Mr. Siller, realleges and incorporates herein his allegations of Paragraphs 1 through 12 as his respective allegations of Paragraph 13 of Count I.

14. The Defendant Officers falsely arrested Plaintiff without probable cause or legal justification in violation of 42 U.S.C. § 1983.

15. The false arrest by the Defendant Officers was objectively unreasonable and was undertaken intentionally, with malice, and with reckless indifference to the Plaintiff's constitutional rights.

16. The misconduct described in this Count was undertaken by the Defendant Officers within the scope of their employment with the City of Chicago.

17. As a direct and proximate result of Defendant Officer's conduct, the Plaintiff suffered damages.

WHEREFORE, the Plaintiff, SHAMAREE SILLER, prays for judgment against the Defendants, OFFICER JAMES BANSLEY and OFFICER MATTHEW O'BRIEN, for compensatory damages, punitive damages, plus the costs of the action and attorney's fees pursuant to 42 U.S.C. §1988, and such other and additional relief as this Court deems equitable and just.

**COUNT II**
**INDEMNIFICATION PURSUANT TO 745 ILCS 10/9-102**
**AGAINST THE CITY OF CHICAGO**

18. The Plaintiff, Shamaree Siller, realleges and incorporates herein his allegations of Paragraphs 1 through 17 as his respective allegations of Paragraph 18 of Count II.

19. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

20. The Defendants, Officer Bansley and Officer O'Brien, were or are employees of the City of Chicago, and they acted within their scope of employment in committing the misconduct described herein.

WHEREFORE, should the Defendants, OFFICER JAMES BANSLEY and OFFICER MATTHEW O'BRIEN, be found liable for any of the acts alleged above, the Defendant, CITY OF CHICAGO, would be liable to pay the Plaintiff, SHAMAREE SILLER, any judgment obtained against said Defendants.

**JURY DEMAND**

The Plaintiff requests a trial by jury.

Respectfully submitted,

    s/ David S. Lipschultz
DAVID S. LIPSCHULTZ, #6277910
Attorney for Plaintiff
Goldberg Weisman Cairo
One E. Wacker Drive, 38th Floor
Chicago, IL 60601
Telephone: 312-464-1200
Fax: 312-464-1212
Email: dlipschultz@gwclaw.com